# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: JORDAN SCARPELLI AN
ALLEGED INCPACITATED PERSON

PETITION OF: JUDITH L. SCARPELLI,
MOTHER

: No. 905 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.